# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3463
_____

GLEN SCHOFIELD,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

May 18, 2018


PER CURIAM.

    AFFIRMED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.


_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*
_____

Glen Schofield, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.